STATE OF CONNECTICUT *v.* PARNELL JACKSON

The defendant's petition for certification for appeal from the Appellate Court, 30 Conn. App. 281 (AC 10738), is denied.

*Brian M. O'Connell,* in support of the petition.

*Susann E. Gill,* supervisory assistant state's attorney, in opposition.

Decided March 25, 1993

RENATA BLACK *v.* LONDON AND EGAZARIAN ASSOCIATES, INC., ET AL.

The defendant Aetna Life and Casualty's petition for certification for appeal from the Appellate Court, 30 Conn. App. 295 (AC 10994), is denied.

*Anne Kelly Zovas,* in support of the petition.

*Judith Rosenberg,* in opposition.

Decided March 25, 1993

STATE OF CONNECTICUT *v.* JORGE JIMENEZ

The defendant's petition for certification for appeal from the Appellate Court, 30 Conn. App. 406 (AC 11272), is granted, limited to the following issue: